Sean Kealii Enos (#023634)
Jeffrey W. Johnson (#024435)
SCHMEISER, OLSEN & WATTS, LLP
18 E. University Drive, Suite 101
Mesa, Arizona 85201
Telephone: (480) 655-0073
Facsimile:  (480) 655-9536
kenos@IPlawUSA.com
jjohnson@IPlawUSA.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Seacret Spa, LLC, Seacret Spa International LTD, and Seacret Spa Int', LLC, | Case No.:  2:14-cv-00107-HRH |
| Plaintiffs/Counterdefendants, | **NOTICE OF SERVICE OF PLAINTIFFS' INITIAL DISCLOSURE STATEMENT** |
| v. | |
| Cosmetics 4 Less, Inc., Cosmetics 4 less US, and Fashion.Beauty, | |
| Defendants/Counterclaimants. | |

Pursuant to Federal Rule of Civil Procedure 26(a)(1), Plaintiffs hereby give notice that on April 23, 2014, they served their Rule 26(a)(1) Initial Disclosure Statement by U.S. Mail, as well as by electronic mail, on counsel of record for Defendant/Counterclaimant Cosmetics 4 Less, Inc.

/ / /

DATED this 2nd day of May, 2014.

SCHMEISER, OLSEN & WATTS LLP

By:

*/s/Jeffrey W. Johnson*

Jeffrey W. Johnson
Sean K. Enos
SCHMEISER, OLSEN & WATTS, LLP
18 E. University Drive, Suite 101
Mesa, Arizona 85201
Attorneys for Plaintiff/Counterdefendant

I hereby certify that on this 2nd day of May, 2014, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

**Jaburg & Wilk, P.C.**
3200 N. Central Avenue, 20th Floor Phoenix, AZ 85012
602.248.1000
Maria Crimi Speth (012574)
mcs@jaburgwilk.com
Attorneys for Cosmetics 4 Less, Inc.

*/Dianne Amberson/*
DIANNE AMBERSON